

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2021

No. 04-21-00114-CV

Zulema **GARZA**,
Appellant

v.

Zulema J. **GARZA**, Jose Juan Garza, III, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

On August 23, 2021, appellant filed her brief. The brief does not comply with Rules 9.4, 9.5, or 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.4, 9.5, 38.1. Specifically, the brief violates Texas Rule of Appellate Procedure 9.4 because it is not double spaced and does not contain a certificate of compliance stating the number of words in the document. *See id*. R. 9.4(d), 9.4(i)(3). The brief also violates Texas Rule of Appellate Procedure 9.5 because it does not certify that appellant served it on appellees' counsel. *See id.* R. 9.5(a), (b)(2), (d), (e). Finally, and perhaps most importantly, the brief violates Texas Rule of Appellate Procedure 38.1 because it does not contain a statement of facts with citations to the appellate record, a proper legal argument supported by citations to legal authorities and the appellate record, or an appendix containing the trial court's judgment or other appealable order from which relief is sought. *See id.* R. 38.1(g), 38.1(i), 38.1(k).

Accordingly, we **ORDER** appellant's brief **STRICKEN** and **ORDER** appellant to file an amended brief in this court complying with Rules 9.4, 9.5, and 38.1 by **September 14, 2021**. If appellant does not file an amended brief that complies with the Texas Rules of Appellate Procedure by the date stated in this order, we will dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2021.



MICHAEL A. CRUZ, Clerk of Court